1  James E Seitz
2  33459 Caliban Drive
   Fremont CA 94555
3
   *Pro Se Plaintiff*
4

**FILED**

**JUL 1 2 2021**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

5

6

7

8       **IN THE UNITED STATES DISTRICT COURT**

9      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                                                              **AGT**

11
                                            **CV 21 - 5346**
12  JAMES E SEITZ                        Case No.:

13
                        Plaintiff,
14
                                        .
15          vs.

16
                                        COMPLAINT
17  INTERNATIONAL  BROTHERHOOD  OF
18  TEAMSTERS,
    TEAMSTERS LOCAL 986,
19  CHRIS  GRISWOLD  IBT  LOCAL  986
    PRINCIPAL OFFICER
20
21  UNITED AIRLINES,                    DEMAND FOR JURY TRIAL
    UNITED AIRLINES
22  TECHNICAL OPERATIONS SFO            YES

23

24
                        Defendants.
25

26

27

28

| | |
|---|---|
| 1 | PARTIES |
| 2 | |
| 3 | |
| 4 | PLAINTIFF |
| 5 | James E Seitz |
| | 33459 Caliban Drive Fremont CA 94555 |
| 6 | 650-787-1110 |
| 7 | Email - jimseitz8@gmail.com |
| 8 | |
| 9 | DEFENDANTS |
| 10 | International Brotherhood of Teamsters |
| 11 | 25 Louisiana Avenue NW |
| | Washington D.C. 20001 |
| 12 | |
| 13 | Teamsters Local 986 |
| | 1430 East Holt Avenue |
| 14 | Covina CA 91724 |
| 15 | |
| 16 | Chris Griswold Principal Officer Teamsters Local 986 |
| | 1430 East Holt Avenue |
| 17 | Covina CA 91724 |
| 18 | |
| 19 | United Airlines |
| | 233 South Wacker Drive |
| 20 | Chicago IL 60606 |
| 21 | |
| 22 | United Airlines Technical Operations SFO |
| | 800 South Airport Blvd |
| 23 | San Francisco CA 94128 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**PAGE 1 OF 15**

1

## JURISDICTION

2

3    My case belongs in federal court, under federal question jurisdiction because it
involves a federal law or right. The Railway Labor Act and a collective bargaining agreement
4    negotiated for airline employees under the Railway Labor Act.

5

6    ## VENUE

7

8    Venue is appropriate in the Court because a substantial part of the events I am
suing about happened in this district. A substantial part of the property I am suing about is
9    located in this district. At least one defendant is located in this District and any other defendants
are located in California.
10

11

12   ## INTRADISTRICT ASSIGNMENT

13

14   Because this lawsuit arose in San Mateo County, it should be assigned to the San
Francisco or Oakland Division of this court.
15

16   ## STATEMENT OF FACTS

17   On December 6, 2016, United Technicians Class and Craft narrowly ratified a
18   new collective bargaining agreement, that included an "Industry Reset" calculation. This
Industry Reset was described to United Technicians as a formula that would ensure the sum
19   value of United Technicians contract would remain 2% more than the average for the Wages and
20   Benefits of American Airlines and Delta Airlines Technicians Class and Craft.
21   This 2% calculation would be the basis for any future raises of United Technicians.

22   The calculation is found in LOA #29 Industry Reset and is listed as Exhibit A.
23   When this LOA was presented to the United Technicians in the fall of 2016 Dan Akins the
creator of the calculation and the Teamsters stated that the United contract was 5.8% above the
24   average of the Delta and American contracts. Additionally, he stated that the Non-Pay elements
25   of the proposed new contract were $1.02 above the American/Delta Average.

26   In a video put out by the Teamsters to sell the Tentative Agreement Dan Akins
27   stated at the 20:20 minute point in a video that the "contract value" of the United Technicians
contract would be 2% above that of American or Delta, and if it not we would get an adjustment
28

1   to our rates. Dan Akins also stated in the video that the model is set and would not change,
2   additionally he stated the inputs were fairly clear and publicly available. (Exhibit #1)

3           The 6 components are listed below with their 2016 hourly value.

4   1.  Pay - All in Wages $47.31including $1.20 VEBA = $48.51 (*Weighted avg $48.43)
5
6   2.  Time off $1.56 – Annual Vacation, sick time and Holiday hours

7   3.  Medical .11 cents

8   4.  Retirement Contributions .47 cents

9   5.  Profit Sharing – minus $1.01

10  6.  Scope – minus .12 cents
11

12          The 2020 Industry Reset
13

14          November 2020 the Teamsters announced a 7.06% pay increase for United
15  Technician's for the 2020 Industry Reset calculation. This pay increase was due in part to the
    American Airlines Technicians CBA ratified in March of 2020 and the wage increases and profit
16  sharing gained by Delta Technicians.

17          In 2016 every United Technician made a $1.70 or 6% less on every step of the
18  wage rate scale at American Airlines. After the 2020 Industry Reset, United Technicians fell
19  further behind their peers at American the range in pay differentials grew anywhere from $4 to
    $15 dollars per hour or 10% to 35%. between United Technicians and American Technicians.
20

21          The disparity in Wages between United to American Airlines grew from an
    average of 6% in 2016 to 22% in 2020. In the fifth year of the Technician Wage Scale the
22  disparity between a United Technicians Base Wage to American Airlines was $14.98 per hour.
23  In 2021 that margin is now a staggering $15.94 per hour.

24          United Technicians requested the "publicly available" calculation information
25  outlined in LOA #29 of their contract for the new pay raise. How could United Technicians have
    fallen even further behind? After a quick review of the Wage Scales at American Airlines,
26  United Technicians noticed that the even with the Teamsters Industry Reset 7.06% pay increase
27  their pay had gone from $1.70 behind American Airlines in 2016 to $4.00 to $15.00 dollars an
28  hour behind their peers at American Airlines.

1         The Company response came on December 15th, 2020, by Thomas Reardon

2   Managing Director, Labor Relations the information related to the Industry Reset Calculation is

    company confidential and proprietary. No information on the 2020 Industry Reset would be

3   provided to the membership to determine their pay was 2% above the Delta and American

4   average.

5         The Union response came on December 16th, 2020, by Teamsters Airline Division

6   Rep Vincent Graziano the information related to the Industry Reset Calculation is company

    confidential and proprietary. No one in the Teamsters Union, Officers or Representatives has

7   seen or reviewed the calculation that resulted in only a 7.06% raise for United Technician's. The

8   only people who had knowledge of the 2020 Industry Reset calculation were Cheiron pension

    actuary Peter Hardcastle and Dan Akins, the creator of the Industry Reset. The formula is in the

9   hands of the company and will remain there. Teamsters Rep Vinnie Graziano stated that the

10  calculation would not be provided to the United Technician membership.

11

12        These actions by the union were in complete contradiction to the statements made

    by Dan Akins on video in 2016 where he described this information as "publicly available

13  information" and also statements made by Vinnie Graziano in 2018, additionally the Teamsters

    Business Agents in SFO Javier Lectora and Mark DesAngles.

14

15        United Technicians Industry Reset contract language states that their wages will

    be increased to a rate where the value of the United Technicians contract would be 2% above the

16  average of their peers at Delta and American Airlines. Without reviewing the calculation Exhibit

17  A in , there is no possible way for United Technicians to determine that their hourly wage rate is

    the correct amount to ensure value is 2% above the average.

18

19        The Collective Bargaining Agreement is a contract between the Employees and

20  United Airlines not the Teamsters Union. The Teamsters union is a hired agent paid by the

    membership at United Airlines and are a third party to the contract as their representative. When

21  the Teamsters are decertified as the representatives for the United Technicians and Related, the

22  contract will remain unchanged and will always belong to the United Technicians and Related.

    United Technicians and Related should always have access to LOA #29 Exhibit A. (Exhibit #2)

23

24        The employees at United Airlines paid for the negotiations and are the party

    covered by the negotiated agreement. Every technician and member of the United Class and

25  Craft at United is a party to and entitled to the information covered in Exhibit A.  No employee

26  at United Airlines can reasonably determine by looking at their hourly pay rate, if their pay is 2%

    above the Delta and American average as outlined in the contract and Exhibit A.

27

28

1           November 11, 2020, In the Teamsters Dispatch appointed Airline Division Rep
2   Vinnie Graziano stated *"I can report today that the model worked as designed and each of you*
    *will be getting a 7.06% increase above the 1% Basic Hourly Rate in Appendix A of Article 15.*
3   *The additional increase at the top of the scale Technician Rate is approximately $2.94/hour.  I*
4   *would like to thank our economists Dan Akins and Peter Hardcastle for their work ensuring that*
    *the formula was applied correctly"*. No numbers were presented from the Delta American
5   average hourly wage as done in the past, the value of Non-Pay Elements was not presented as
6   done in the past, no information was presented to validate or establish that 7.06% put United
    Technicians 2% above the Delta and American Average.
7

8           On December 14, 2020, I filed my first LOA #29 grievance (2020-986-SFO-UA-
9   142). Based on publicly available information Delta Airlines Technicians Pay and Profit Sharing
    for 2020 was equivalent to $60.80 cents an hour. American Airlines Technicians Pay and Profit
10  Sharing for 2020 was equivalent to $56.80.

11
            Based on this publicly available information the Delta American average plus 2%
12  is over $59.97. United Technicians Top Scale base payrate was set at $52.14, which was $7.83
13  below the hourly average of the Delta and American Average plus 2%.

14
            Many United Technicians requested the calculation that resulted in a wage that
15  kept them below the wages at American with pay gaps between the pay scales ranging from $4
    dollars to $15 dollars an hour based on the relative position of a technician in the 8 years pay
16  progression.  When the Industry Reset model was first used in 2016 the pay gap between United
17  and American technicians in all steps in the 8-year wage progression were a uniform $1.70 per
    hour and the value of the contract was quoted by the Teamsters Union officers as 5.8% above the
18  average of Delta and American.
19
            2016 $1.70 below AMR at 5.8% turns into $14.98 below AMR at 2% in 2020
20

21          In 2020 the Union and the Company came out with a new wage schedule based
22  on a calculation that they both agreed was 2% above the Delta and American average. The
    disparity between United and American pay scales had increased with a range of $4 dollars to
23  $15 dollars an hour with no explanation. In 2016 when the Union stated the value of the contract
24  was even higher at 5.8% above the average of Delta and American the wage gap between United
    and American was only $1.70.  It did not make any logical sense, to the United Technicians who
25  surrendered their 15% Profit Sharing for this "Industry Reset" calculation. Many United
26  Technicians questioned the 2020 Industry Reset calculation.

27

28

1   December 15,2020 United responded to a technician's request for the 2020 Industry Reset
2   Calculation.  Thomas Reardon Managing Director, Labor Relations wrote

3   Thanks for your inquiry. LOA 29 provides, among other things, that economic experts from the Company
4   and the Union must agree on a costing model to calculate the industry reset. The parties agreed on the
5   model within the parameters set out in the LOA and utilized the model for the 2018 and the 2020 industry
    reset calculations. Much of the data that the model utilizes, like the AA CBA, is publicly available. Some
6   of the information is Company confidential and proprietary and cannot be shared publicly. Additionally,
7   the model itself and its operation is kept secure because its disclosure could put UA at a competitive
8   disadvantage if our competitors were to have access to it. For these reasons, the parties have agreed to
9   maintain the confidentiality of the model. As a result, unfortunately, I'm afraid we can't fulfill your
10  request.

11  Thanks  Tom

12  Thomas Reardon Managing Director, Labor Relations (Exhibit #3)
13

14  The Teamsters official Union response came the following day, and it was almost identical.

15  December 16th, 2020, email by Teamsters Airline Division Rep Vincent Graziano
16
17  I forwarded your request for the "actual data used in calculating our final result of our Industry Reset per
    LOA 29" to the economist who worked on calculating the reset to learn what data we could share. He
18  informed me that he is not in possession of the data you have requested. Although some of the data
    supporting the reset is publicly available, like the American Airlines Mechanics' collective bargaining
19  agreement, other components of the data are proprietary or confidential information that would give a
    competitive advantage to United Airlines' competitors if they were to have access to it. As such, the
20  IBT's economic consultants who worked on the Reset calculations had to agree not to disclose that data,
21  even to Teamsters officers and employees, and also had to agree to leave all of the data in United
    Airlines' exclusive possession. None of it was shared directly with the International Brotherhood of
22  Teamsters, none of it is in the IBT's or its consultants' possession, and we therefore cannot share it with
23  you.

24          Wishing you and your family Happy Holidays!
25
            Thanks,
26          Vinny Graziano (Exhibit #4)
27
28

1          No one in the Teamsters Union, Officers or Representatives has seen or reviewed
2  the calculation that resulted in only a 7.06% raise for United Technician's?

3          The only people who had knowledge of the 2020 Industry Reset calculation were
4  Cheiron's pension actuary Peter Hardcastle and Dan Akins, the creator of the Industry Reset. The
    formula is in the hands of the company and will remain there.  Teamsters Rep Vinnie Graziano
5  stated that the calculation would not be provided to the United Technician membership.
6

7          On January 6, 2021, I filed my second grievance on the Industry Reset (2021-986-
    SFO-UA-2) the Company and the Union were both withholding information from United
8  Technicians that related to the wage increases outlined in their contract. Without this information
9  there is no way for employees represented by the Teamsters at United Airlines to determine the
    accuracy of their hourly wage.
10

11         The Teamsters Union stated on many different occasions both written and
    verbally in videos to the membership at United Airlines, that the calculation for the Industry
12  Reset was based on "publicly available information".  Today both the Union and the Company
13  refuse to provide the calculation that they have claimed set the hourly wage for United
    Technicians 2% above the Delta and American average.
14

15         On January 13, 2021, the Company answered the first step grievances and denied
    the grievance, that same day only hours later the Teamsters grievance committee closed out the
16  grievance stating that it lacked sufficient merit. (Exhibit #5 UA-2 Closeout ltr)
17

18         I appealed the decision by the Company and the Union who both described my
    grievance as meritless on the same day within hours of each other.
19

20         Lacks sufficient merit is a statement, the union made that is not based on any
    research or fact-finding investigation. It is a statement only. The grievance committee made no
21  effort to investigate before stating the grievance is meritless without providing any reason or
22  evidence, why it was "meritless" before closing out the grievance. The grievance committee
    never reviewed the calculation outlined in LOA #29 as Exhibit A.
23

24         On January 27, 2021 the Teamsters SFO/LAX Grievance Committee closed out
    my grievance UA-142 with the same statement "lack of sufficient merit" again they provided no
25  reason or explanation why the grievance was closed. The formula Exhibit A in LOA #29 was
26  never even reviewed for its content or accuracy. The Collective Bargaining Agreement belongs
    to the employees not the union. The Union has no right to keep the calculation Exhibit A from
27  the membership, especially when it concerns the wages of over 7500 employees and their
28  families. (Exhibit #6 UA-142 Closeout letter)

On February 4, 2021, LAX Teamsters Business Agent Mark DesAngles sent an email stating that my closed grievances were now open again. I asked my Chief Steward Greg Sullivan who in the Teamsters union decided to reopen my closed grievance and what part of the CBA did they use to do so. I asked Greg Sullivan who on the Company side agreed to reopen the closed grievance, Greg Sullivan refused to answer either question. (Exhibit #7 Ltr to IBT Greg Sullivan Closing and Opening grievances )

A second step hearing was held on March 4, 2021, the Union Committee did not present any information to support the grievance or enforce the contract. The union failed to provide or even request the Industry Reset calculation information in Exhibit A, even though there were huge disparities in the United Base Wage Rates when compared with both American and Delta Technicians based on the only publicly available information of Hourly wages and Profit Sharing.

I presented 12 exhibits in the grievance hearing the union provided nothing but the original grievances they had closed over a month earlier as meritless as evidence. The Company and the Union both refused to answer any questions related to the reopening of the grievances; What part of the CBA did they use? Who authorized it from the Company or the Union side?  The Company provided 2 exhibits at the second step hearing the new wage scale and the language from LOA that described the cost model Exhibit A.  The company's position was finished with this statement "there is nothing in the contract or LOA that says we have to show you the formula. " (Exhibit #8 Reset Hearing Questions on Procedural Issues)

On March 22, 2021, I emailed Chief Steward Greg Sullivan and instructed him to notify the company that I would move my grievance forward with or without Union support. (Exhibit #9  Ltr to Greg Sullivan Grievance status)

On March 23, 2021, Greg Sullivan emailed a Closeout letter on my grievance stating that it lacks sufficient merit to move forward. This was the same statement made when the Teamsters union closed out the grievance in January. Greg Sullivan stated the closeout of the grievance is final (this time). Greg Sullivan also wrote there is no process in the contract to move the grievance forward on your own.  (Exhibit #10  Email Greg Sullivan about Closeout Letters)

In May of 2021 contacted the National Mediation Board (NMB) to get a copy of the Industry Reset formula negotiated in 2016. In 2018 the Teamsters union stated in several publications that the formula was held on a secure server at the National Mediation Board. According to Jim Gross from National Mediation Board (NMB) he stated, *"we never had the cost model on a server and never would" "we do not have a server like that, we do not use servers like that"* So why did the Teamsters union and its representatives present false information to the United Technicians 6 months prior to the first industry reset?

1

SECOND CLAIM

2

Violation of California Labor Code 226

3

4      The Company is in violation of California Labor code 226. The United

Technicians Base Wage Rate set in the calculation in LOA #29 Exhibit A is not being provided

5
to the employees by the Company. The hourly Base Wage is determined in Exhibit A and is

6      based on a calculation that is part of the employees collective bargaining agreement.

7      The definition of wages in the California Labor code is as follows - "Wages"

8      includes all amounts for labor performed by employees of every description, whether the amount

is fixed or ascertained by the standard of time, task, piece, commission basis, or other method of

9
calculation.

10      The wage rate set by the United Technicians contract is determined by a

calculation called Exhibit A in LOA #29, the employees at United Airlines have right to review

11
that calculation.

12

13      California Labor Code 226

14   (a) An employer, semimonthly or at the time of each payment of wages, shall furnish to his or

15      her employee, either as a detachable part of the check, draft, or voucher paying the

employee's wages, or separately if wages are paid by personal check or cash, an accurate

16
itemized statement in writing showing (1) gross wages earned, (2) total hours worked by the

17      employee, except as provided in subdivision (j), (3) the number of piece-rate units earned and

any applicable piece rate if the employee is paid on a piece-rate basis, (4) all deductions,

18
provided that all deductions made on written orders of the employee may be aggregated and

19      shown as one item, (5) net wages earned, (6) the inclusive dates of the period for which the

employee is paid, (7) the name of the employee and only the last four digits of his or her

20
social security number or an employee identification number other than a social security

21      number, (8) the name and address of the legal entity that is the employer and, if the employer

is a farm labor contractor, as defined in subdivision (b) of Section 1682, the name and

22
address of the legal entity that secured the services of the employer, and (9) all applicable

23      hourly rates in effect during the pay period and the corresponding number of hours worked at

24      each hourly rate by the employee

25      The Non-Pay Elements outlined in the Industry Reset calculations are part of

26      the calculation for the hourly wage rate and need to be shown to determine if the actual rate

of United Technicians pay is in fact 2% above the Delta/American Industry Reset Average.

27
Based on the refusal of both the Teamsters Union and United Airlines employees have no

28      way to easily determine if their hourly wage is 2% above the Delta/American average.

1          California Labor Code 226 also states (2) (A) For the purposes of this
2   paragraph, "promptly and easily determine" means a reasonable person would be able to
3   readily ascertain the information without reference to other documents or information.

4   California Labor Code also defines Wages - 200. As used in this article: (a) "Wages"
5   includes all amounts for labor performed by employees of every description, whether the
6   amount is fixed or ascertained by the standard of time, task, piece, commission basis, or other
    method of calculation.

7

8          Background and History of Industry Reset

9          November 2015 the Joint Collective Bargaining Agreement (JCBA) Tentative
10  Agreement (TA) titled "Company proposal" contained the Industry Reset at that time it was
11  called the AA Reset modeled after the 2012 American Airlines contract. This TA was voted
    down by the United membership by 93% because of the inclusion of the Teamsters imposed
12  mandatory Teamcare Health care plan which was more expensive than the existing health care
13  plan in the United Technicians contract.

14         August of 2016, the second JCBA Tentative Agreement is reached it is called an
15  AIP or agreement in principle. The name of the AA Industry Reset LOA is changed to LOA #29
16  the "Industry Reset".

17         The Calculation was provided to the United membership prior to the vote,
18  showing in detail the valuations of the United T/A and the Delta and American Airlines average
    in the following categories – Pay - All in Wages including $1.20 VEBA and the following Non-
19  Pay Elements. Time off $1.56, Medical .11 cents, Retirement .47 cents, Profit Sharing minus
20  $(1.01) and Scope minus (.12) cents each of these Non-Pay categories in the calculation had a
    calculated hourly value. All these values were then added together equaled $1.02 above AA/DL
21  average, the Teamsters stated the value of the T/A was stated to be 5.8% above the Delta and
22  American average as established through defined and agreed criteria.

23

24         October 2016 - In a video presented to the United membership Dan Akins the
    creator of the reset model stated the model will not change and is based on publicly available
25  information. The Industry Reset will be reviewed in 2018, 2020 and 2022 and then be performed
26  every year thereafter until a new CBA is ratified. Dan Akins stated that United Technicians 15%
    Profit Sharing was given back to pay for the industry reset language and replaced with the
27  current 5% Profit Sharing.

28

1
2
3

December 2016 – The Joint Collective Bargaining Agreement (JCBA) is barley ratified, LOA #29 Industry Reset is in place based on statements made by Dan Akins and Teamsters officials and the value of the contract is 5.8% above the American / Delta average.

4
5
6
7
8

February 2018 the first year of the Industry Reset United Technicians saw their Profit-Sharing checks fall from 11.8% of their wages paid in 2017 to 3% of their wages paid in 2018. Teamsters Airline Division Rep Vinnie Graziano wrote a letter to the membership over the loss of 15% Profit Sharing and stated United Technicians 15% profit sharing was traded for the Industry Reset and stated that we would get a raise based in part on Deltas Profit sharing, which was 10% in 2018 or $4.90 an hour. Delta Profit Sharing was never shown in the 2018 Industry Reset.

9
10
11
12
13
14

May 2018 SFO/LAX Teamsters Business Agent Report stated that all calculation information is publicly available. *"It should be noted here that all the factors used for the calculations are readily available through SEC filings and other public sources".* The monthly report from the Teamsters business agents further went on to write. *"When this language was being negotiated, the Company set out a huge list of factors that they wanted considered in this calculation, some of them very abstract. It was no small feat to get the factor list down to what we have now. And, although we will obviously use our actuaries when we are determining retirement related costs, the calculations will definitely be simpler as a result of those efforts."*

15
16
17
18

June 2018 Vinnie Graziano writes in the Mechanics Dispatch that the economic Model for the Industry Reset was agreed to shortly after ratification and is on the "server at the NMB" the economic model was completed and agreed upon shortly after the ratification of the Agreement. He wrote, the model is kept on a server at the NMB for security.

19
20
21
22
23
24

In the fall of 2018, the first Industry Reset was due to be out, by that time Delta Technicians pay had increased to $50.67 they also received an additional 1% contribution to their 401k Defined Contribution and received 10% in Profit Sharing in 2018. This information is important and relative because when Dan Akins presented the Industry Reset in 2016, he stated at the 10-minute mark in the Teamsters T/A video that if Delta were to go above $50 dollars an hour, we would have the mechanism in the reset to catch them.  This was explained in the presentation created by Dan Akins that showed United Technicians receiving a specified raise if Delta moved to $50 dollars an hour.

25
26
27

Despite Delta Technicians eclipsing $50 dollars an hour and receiving an additional 1% in their 401k, 10% in their Profit Sharing and the United contract remaining the same, Dan Akins and Peter Hardcastle the Teamsters external actuary from Cheiron stated that United Technicians would not receive a raise.

28

1                 Here is a quote from Peter Hardcastle the IBT pension actuary as the reason for
2 no reset in 2018. *"I met with United's external actuary to discuss the methodology and*
*assumptions behind the calculation of the cost of CARP. The methodology used by United's*
3 *actuary considers the market value of the accruals and is consistent with U.S. accounting*
4 *standards. The cost is based solely on the population of United mechanics and only relates to the*
*cost of benefit accruals for the year. I am in agreement with the methodology used, and I know*
5 *from experience that the results lie within the range of my expectations. The increase in United's*
6 *service cost for CARP since 2016, as applied in the cost model, is consistent with my expectation*
*given the increase in benefit population due to the inclusion of the larger and more senior UA*
7 *Mechanics group, as well as a further drop in the discount rate since 2016."*
8

9              Dan Akins of Akins and Associates and Peter Hardcastle of Cheiron both hired by
the Teamsters International Union, stated that the 2018 value of the United Technicians contract
10 increased from 5.8% in 2016 to 7.7% in 2018 above the American and Delta average
11 additionally, they claimed the Non-Pay elements increased from $1.02 to $3.67 cents per hour
but did not provide any "publicly available information" that their wage and benefits calculation
12 was based on. The Teamsters and United Airlines refused to provide United Technicians with a
13 breakdown of the publicly available information used in the Cost Model described as Exhibit A
of the LOA in the United Technicians contract for the 2018 Industry Reset Calculation.
14

15            December 2018 Vinnie Graziano wrote in the Mechanics Dispatch, *'To ensure*
*that the numbers the company provided are correct, we have asked Mr. Akins and an outside*
16 *actuary, Peter Hardcastle, to continue the review that had already begun under the LOA. These*
17 *numbers need to be verifiable to both parties for the next measurement period with the hope*
*being that American Airlines will reach a deal by that time. After this review is complete, a*
18 *report will be shared with the membership in the same fashion as the 2016 dispatch that laid out*
19 *the industry average.*
20

21           No detailed breakdown of the publicly available information was presented by the
Teamsters union for the 2018 Industry Reset. The mechanics dispatch only listed the average
22 hourly rate of AA/DL as $49.31 and the Non-Pay elements total which increased by over 360%
23 from $1.02 in 2016 to $3.67 in 2018, with no information to support this 360% increase.

24           There was no way to know if the increase in Delta wages and pension and 10%
25 Delta Profit Sharing were included in the calculation. There is no way for a United Technician to
verify that their hourly wage is in fact 2% above the AA/DL average.
26
27
28

1

## DEMAND FOR RELIEF

2

3    I would like the court to decide that the Teamsters have breached their duty of fair representation because they have denied my grievance as meritless without providing any facts

4    or reasons for doing so. They have failed to allow me to move my grievance forward on my own which is my right under the Railway Labor Act.

5

6    We request the court to order the Teamsters and United Airlines to release all information contained in Exhibit A for the 2020 Industry Reset calculation. The Collective

7    Bargaining Agreement including Exhibit A in LOA #29. This information belongs to the

8    employees who work in the Mechanics Class and Craft at United Airlines.

9

10    We request the court to order the release for independent membership review the 2016 and 2018 Industry Reset Calculations that determined their hourly wage and all such

11    calculations going forward.

12    We would like the court to determine if United Airlines is in violation of the

13    Railway Labor Act by withholding wage calculation information that is in the Mechanics and Related Collective Bargaining Agreement and California Labor Code 226 by failing to provide

14    to employees the calculation that determines their Base Hourly Wage Rate.

15

16    We would like the court to instruct United Airlines to provide affected United employees the value of each Non-Pay Element when compared to the average of their peers at

17    Delta and American Airlines. The following hourly values will be determined annually in Exhibit A and should be added to the employee paycheck stubs so employees can easily

18    determine their wages are 2% above the Delta/American average.

19    1. Time-off  2. Medical  3. Pension  4. Profit Sharing  5. Scope.

20    We request that all United Technicians and Related in the Mechanics Class and

21    Craft to be made whole for any losses associated with the Industry Resets in 2020 and 2018.

22

23

24

25

26

27

28

1

2
DEMAND FOR JURY TRIAL

3

4
Plaintiff demands a jury trial on all issues.

5

6

7

8

9

10

11

12
Respectfully submitted:

13

14
James E Seitz

15

16

17
Pro Se Plaintiff

18

19

20

21

22

23

24

25

26

27

28

PAGE **14** OF **15**